Case Number: 2025-19802

| | | |
|---|---|---|
| KEN BROWN, INDIVIDUALLY AND | § | |
| ON BEHALF OF MINORS K.B. 1, AND | § | |
| K.B. II | § | |
| SETH PALUMBO | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiffs,* | § | |
| V. | § | |
| | § | HARRIS COUNTY, TEXAS |
| | § | |
| HARRIS COUNTY, SHERIFF ED | § | |
| GONZALEZ, MATTHEW STENSLAND | § | |
| ADOLFO VILLANUEVA, JOSHUA | § | |
| BASS AND CIARA CASMER | § | |
| HARRIS COUNTY, TEXAS et al | § | |
| | § | |
| *Defendants* | § | 281st JUDICIAL DISTRICT |

## <u>DEFENDANTS MATTHEW STENSLAND AND JOSHUA BASS'</u>
## <u>NOTICE OF REMOVAL</u>

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants MATTHEW STENSLAND "STENSLAND" and JOSHUA BASS "BASS," collectively "Defendants" file this Notice of Removal. In support of said notice, Defendants would respectfully show the Court as follows:

### I.    STATE COURT ACTION

1.    On March 19, 2025, a civil action was commenced in the Harris County 281st Civil District Court, Harris County, Texas, by filing of an Original Petition bearing the caption *Ken Brown, Individually, and on behalf of minors K.B., I and K.B. II, v. Harris County, Sheriff Ed Gonzalez, Matthew Stensland, Adolfo Villanueva, Joshua Bass, and Ciara Casmer* in Cause No. 2025-19802

("State Court Action")[1].  *See* a copy of Plaintiff's Original Petition filed in the State Court Action marked as Exhibit A[2].

2.      In the State Court Action, Plaintiffs are seeking damages against the named defendants for alleged constitutional violations of their rights under the U.S. Constitution. Plaintiffs allege violations under 42 U.S. § 1983. Specifically, Plaintiffs allege First, Fourteenth, and Fourth Amendment violations including unlawful search and seizure, excessive force, unlawful arrest, violations of equal protection, and a general *Monell* claim against Defendants. Plaintiffs request monetary relief for any alleged damages.

## II.      GROUNDS FOR REMOVAL

3.      **Federal Question Jurisdiction**. The district courts of the United States have original jurisdiction over this action on the federal question presented in Plaintiffs' Original Petition – namely the alleged violations of their constitutional rights [Ex. A].  Original jurisdiction over such matters is conferred upon federal district courts by 28 U.S.C. 1331, which states that "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States."  28 U.S.C. §1331; *see also* 28 U.S.C. §§1441(a) and (b).  Therefore, removal of this action is proper.

4.      **Removal is Timely**.  On May 28, 2025, Defendant Matthew Stensland was served and received the State Court Action petition via service.[3] On June 13, 2025, Defendant Joshua Bass was served and received the State Court Action Petition. *See* a copy of service documents attached showing service returns for Stensland and Bass marked as Exhibit B.[4] This Notice of Removal is

---

[1] Attachment 5 (Exhibit A)- State Court Action Original Petition
[2] *Id*.
[3] Attachment 5 (Exhibit B)—Executed Service Returns (Stensland was attempted service by Constable at the jail, however, was not served until May 28, 2025, and Bass was not served until June 13, 2025, per the Harris County District Clerk website and returns)
[4] *Id*.

Defendants Stensland and Bass' Notice of Removal-Federal

filed within thirty (30) days of the service of process of the State Court Action and therefore, this removal is timely under 28 U.S.C. §1446(b).

5.      Defendants Matthew Stensland and Joshua Bass consent to this removal. As of the date of this filing, the other named Defendants, including Adolfo Villanueva, Ciara Casmer, Harris County, and Sheriff Ed Gonzalez have not been served in this case.[5]

6.      **State Court Proceeding**. The State Court Action is pending within the 281st Civil District Court and division. *See* 28 U.S.C. §1441(a). Defendants Stensland and Bass have not filed a state court answer and no docket control order has been issued by the court. The deadlines and requirements established by Rule 81(c), Federal Rules of Civil Procedure, have been triggered by the filing of this notice of removal.

7.      Simultaneously with the filing of this notice of removal, notice will be given to Plaintiffs and copies of this Notice of Removal will be filed with the clerk of Harris County, Texas in the State Court Action under cause #2025-19802.

8.      Pursuant to Local Rule LR-81, Local Rules for the Southern District of Texas, attached are the following:

> Attachment 1: Civil Cover Sheet
> Attachment 2: List of all counsel of record
> Attachment 3: State Court Notice of Removal
> Attachment 4: Docket Sheet
> Attachment 5: Index of Documents
> > Exhibit A:      Plaintiff's Original Petition
> > Exhibit B:      Executed Service Returns
> > Exhibit C:      Unexecuted Service

WHEREFORE, PREMISES CONSIDERED, Defendants MATTHEW STENSLAND AND JOSHUA BASS, remove this action for trial from the Harris County 281st Civil District

---

[5] Attachment 5 (Exhibit C)—Unexecuted Service *(Ciara Casmer, Deputy Villanueva, Harris County and Ed Gonzalez have unexecuted service returns per the Harris County District Clerk website.)*

Defendants Stensland and Bass' Notice of Removal-Federal

Court Harris County, Texas (cause #2025-19802) to the United States District Court for the Southern District of Texas, Houston Division.

Date: June 23, 2025

Respectfully submitted,

**CHRISTIAN D. MENEFEE**
HARRIS COUNTY ATTORNEY

**JONATHAN G. C. FOMBONNE**
DEPUTY COUNTY ATTORNEY AND FIRST
ASSISTANT

**NATALIE G. DELUCA**
MANAGING COUNSEL,
DEFENSIVE LITIGATION, EMPLOYMENT, &
REAL ESTATE DIVISIONS

By:     */s/Veronica L. Jones*
**VERONICA L. JONES**
Assistant County Attorney
**ATTORNEY-IN-CHARGE**
State Bar No. 24097902
Federal ID No. 3639763
Tel: (713) 274-5181 (direct)
Veronica.Jones@harriscountytx.gov

**RACHEL FRASER**
Senior Assistant County Attorney
State Bar No. 24079725
Federal ID No. 2553428
Telephone: (713) 274-5383
Rachel.Fraser@harriscountytx.gov

**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1019 Congress
Houston, Texas 77002

**ATTORNEYS FOR DEFENDANTS
MATTHEW STENSLAND AND JOSHUA BASS**

Defendants Stensland and Bass' Notice of Removal-Federal
4

## CERTIFICATE OF SERVICE

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this certificate is attached was filed with the clerk of the court using CM/ECF system, which will send electronic notification for those listed of record who receive electronically filed documents.

**VIA E-FILING**
The Lewis Law Group
U.A. Lewis
P.O. Box 27353
Houston, Texas 77227
myattorneyatlaw@gmail.com

ATTORNEY FOR PLAINTIFFS


*/s/ Veronica L. Jones*
Veronica L. Jones

Defendants Stensland and Bass' Notice of Removal-Federal
5