# ATTACHMENT 2

# List of Counsel of Record

# List of Counsel of Record

Case: *Ken Brown, Individually and on Behalf of Minors, K.B. I, and K.B. II v. Harris County et al, Cause No. 2025-19802, 281st Civil District Court, Harris County, Texas*

1. **Plaintiff, Ken Brown, Individually and on Behalf of Minors K.B. I, and K.B. II**

    U.A. LEWIS
    State Bar No. 24076411
    Federal ID No. 1645666
    The Lewis Law Group
    P.O. Box 27353
    Houston, Texas 77227
    myattorneyatlaw@gmail.com

2. **Defendant, Matthew Stensland**

    VERONICA L. JONES
    Assistant County Attorney
    State Bar No. 24097902
    Federal ID No. 3639763
    1019 Congress
    Houston, Texas 77002
    Veronica.jones@harriscountytx.gov

    RACHEL FRASER
    Senior Assistant County Attorney
    State Bar No. 24079725
    Federal ID No. 2553428
    Telephone: (713) 274-5383
    Rachel.Fraser@harriscountytx.gov

3. **Defendant, Joshua Bass**

    VERONICA L. JONES
    Assistant County Attorney
    State Bar No. 24097902
    Federal ID No. 3639763
    1019 Congress
    Houston, Texas 77002
    Veronica.jones@harriscountytx.gov

    RACHEL FRASER
    Senior Assistant County Attorney
    State Bar No. 24079725
    Federal ID No. 2553428
    Telephone: (713) 274-5383
    Rachel.Fraser@harriscountytx.gov