Case Number: 2025-19802

| | | |
|---|---|---|
| KEN BROWN, INDIVIDUALLY AND ON BEHALF OF MINORS K.B. 1, AND K.B. II <br> SETH PALUMBO <br><br> *Plaintiffs,* <br> V. <br><br><br> HARRIS COUNTY, SHERIFF ED GONZALEZ, MATTHEW STENSLAND ADOLFO VILLANUEVA, JOSHUA BASS AND CIARA CASMER HARRIS COUNTY, TEXAS et al <br><br> *Defendants* | § § § § § § § § § § § § § § § § § | IN THE DISTRICT COURT OF <br><br><br> HARRIS COUNTY, TEXAS <br><br><br><br><br><br> 281st JUDICIAL DISTRICT |

## NOTICE OF FILING OF NOTICE OF REMOVAL

To:   Plaintiffs Ken Brown, Individually and on Behalf of Minors K.B. I, and K.B. II, through their attorney of record U.A. Lewis, P.O. Box 27353, Houston Texas 77227.

Marilyn Burgess, District Clerk of Harris County, Texas.

You are hereby notified that on the 23rd day of June 2025, the Notice of Removal of this cause, a true and correct copy of which is attached hereto, was filed in the United States District Court for the Southern District of Texas, Houston Division. The cause was docketed as Civil Action No. 4:25-CV-2908.

Date: June 23, 2025

Respectfully submitted,

**CHRISTIAN D. MENEFEE**
HARRIS COUNTY ATTORNEY

**JONATHAN G. C. FOMBONNE**
DEPUTY COUNTY ATTORNEY AND FIRST

1

ASSISTANT

**NATALIE G. DELUCA**
MANAGING COUNSEL,
DEFENSIVE LITIGATION, EMPLOYMENT, &
REAL ESTATE DIVISIONS

By: */s/Veronica L. Jones*
**VERONICA L. JONES**
Assistant County Attorney
**ATTORNEY-IN-CHARGE**
State Bar No. 24097902
Federal ID No. 3639763
Tel: (713) 274-5181 (direct)
Veronica.Jones@harriscountytx.gov

**RACHEL FRASER**
Senior Assistant County Attorney
State Bar No. 24079725
Federal ID No. 2553428
Telephone: (713) 274-5383
Rachel.Fraser@harriscountytx.gov

**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1019 Congress
Houston, Texas 77002


**ATTORNEYS FOR DEFENDANT**
**MATTHEW STENSLAND AND JOSHUA BASS**

2

## **CERTIFICATE OF SERVICE**

I certify that, pursuant to Texas Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon Plaintiff via e-service filing.

    The Lewis Law Group
    U.A. Lewis
    P.O. Box 27353
    Houston, Texas 77227
    myattorneyatlaw@gmail.com

    ATTORNEY FOR PLAINTIFFS


                              */s/ Veronica L. Jones*
                              Veronica L. Jones