Elizabeth.Sahr (DCOCVDCVDEEDS4B)c     Enterprise   Contact Us     Welcome to the District Clerk 

     **D**eputy **E**xploration Of **E**lectronic **D**ocuments

| Search Civil | Search Criminal | Search All | Search Special | Basket | eNotices | Subpoena Search | Docket Call |

## Civil Image Search Results

If the case/documents you are looking for is not available, please click here to notify customer service.
The icons in the case header contain various information about the case. Click the icon to display the case information. A legend of the case information is provided here.

To view a document, click the Image Number link. If you wish to download/fax/certify numerous documents, you may select those specific documents using the checkbox at the beginning of the row and click the 'Add To Basket' link in the case header, or you may add all documents from the case by clicking the 'Add Entire Case' button. The documents will be added to your Basket page.

Document information displayed in **RED** indicates the document is sealed.
Document information displayed in **BROWN** indicates the document is confidential.
Document information displayed in **PINK** indicates only page 1 of document can be viewed
Document information displayed in **PURPLE** indicates the document contains sensitive data.

C I V I L   M E N U

Please select a court to generate a document.

**Case: 202519802 - 7**

**Court:** 281  **File Dt:** 3/19/2025  **Case Status:** Active - Civil
**Case Type:** PERSONAL INJ (NON-AUTO)  **Type of Action:** Other Injury or Damage
**Style:** KEN BROWN (INDIVIDUALLY AND ON BEHALF OF MINORS B, **vs** HARRIS COUNTY

Add Entire Case     Add To Basket

| Image Number | Pages | Document Type | Activity Type | Activity Date | PJN | Party | |
|---|---|---|---|---|---|---|---|
| 120895572 | 2 | Filing | Citation (Executed) | 5/30/2025 | | | Add To Basket |
| 120779499 | 18 | Filing | Return Mail Undeliverable | 5/21/2025 | | | Add To Basket |
| 120708239 | 18 | Filing | Return Mail Undeliverable | 5/19/2025 | | | Add To Basket |
| 120670381 | 19 | Filing | Citation (Unexecuted) | 5/16/2025 | | | Add To Basket |
| 120642479 | 18 | Filing | Return Mail Undeliverable | 5/13/2025 | | | Add To Basket |
| 120566727 | 2 | Filing | Citation (Executed) | 5/12/2025 | | | Add To Basket |
| 120566728 | 2 | Filing | Citation (Executed) | 5/12/2025 | | | Add To Basket |
| 120566729 | 2 | Filing | Citation (Executed) | 5/12/2025 | | | Add To Basket |
| 120373326 100436735 | 2 | Filing | Request for Issuance of Service | 5/5/2025 | | | Add To Basket |
| 120373327 100436735 | 1 | Filing | Sub Doc: Request for Issuance of Service | 5/5/2025 | | | Add To Basket |
| 120373328 100436735 | 1 | Filing | Sub Doc: Request for Issuance of Service | 5/5/2025 | | | Add To Basket |
| 120373329 100436735 | 1 | Filing | Sub Doc: Request for Issuance of Service | 5/5/2025 | | | Add To Basket |
| 120403891 | 18 | Filing | Return Mail Undeliverable | 5/1/2025 | | | Add To Basket |
| 120029194 | 18 | Filing | Return Mail Undeliverable | 4/10/2025 | | | Add To Basket |
| 120023313 | 1 | Filing | Certified Mail Receipt (7019 2970 0001 3511 4215) | 4/4/2025 | | | Add To Basket |
| 120023535 | 1 | Filing | Certified Mail Receipt (7019 2970 0001 3511 4222) | 4/4/2025 | | | Add To Basket |
| 120023868 | 1 | Filing | Certified Mail Receipt (7019 2970 0001 3511 4208) | 4/4/2025 | | | Add To Basket |
| 120024674 | 1 | Filing | Certified Mail Receipt 7019 2970 0001 3511 4185 | 4/4/2025 | | | Add To Basket |
| 120024685 | 1 | Filing | Certified Mail Receipt 7019 2970 0001 3511 4239 | 4/4/2025 | | | Add To Basket |
| 120024688 | 1 | Filing | Certified Mail Receipt 7019 2970 0001 3511 4192 | 4/4/2025 | | | Add To Basket |

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | 119921088 | | 2 | Filing | Certified Mail Tracking Number 7019 2970 0001 3511 4239 | 4/1/2025 | Add To Basket |
| ☐ | 119921090 | | 2 | Filing | Certified Mail Tracking Number 7019 2970 0001 3511 4185 | 4/1/2025 | Add To Basket |
| ☐ | 119921091 | | 2 | Filing | Certified Mail Tracking Number 7019 2970 0001 3511 4192 | 4/1/2025 | Add To Basket |
| ☐ | 119921092 | | 2 | Filing | Certified Mail Tracking Number 7019 2970 0001 3511 4208 | 4/1/2025 | Add To Basket |
| ☐ | 119921093 | | 2 | Filing | Certified Mail Tracking Number 7019 2970 0001 3511 4215 | 4/1/2025 | Add To Basket |
| ☐ | 119921094 | | 2 | Filing | Certified Mail Tracking Number 7019 2970 0001 3511 4222 | 4/1/2025 | Add To Basket |
| ☐ | 119752584 99086013 | 2 | Filing | Request for Issuance of Service | 3/31/2025 | Add To Basket |
| ☐ | 119752585 99086013 | 1 | Filing | Sub Doc: Request for Issuance of Service | 3/31/2025 | Add To Basket |
| ☐ | 119752586 99086013 | 1 | Filing | Sub Doc: Request for Issuance of Service | 3/31/2025 | Add To Basket |
| ☐ | 119752587 99086013 | 1 | Filing | Sub Doc: Request for Issuance of Service | 3/31/2025 | Add To Basket |
| ☐ | 119752588 99086013 | 1 | Filing | Sub Doc: Request for Issuance of Service | 3/31/2025 | Add To Basket |
| ☐ | 119752589 99086013 | 1 | Filing | Sub Doc: Request for Issuance of Service | 3/31/2025 | Add To Basket |
| ☐ | 119630272 98832538 | 14 | Filing | Plaintiff's Original Petition | 3/19/2025 | Add To Basket |
| ☐ | *119630273 98832538* | *2* | *Filing* | *Sub Doc: Statement of Inability to Afford Court Costs* | *3/19/2025* | Add To Basket |

C
I
V
I
L

M
E
N
U